298

SCHUYLER E. REDPATH, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 9, 1929.*

SCHUYLER E. REDPATH, pro se.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLETON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

This is a claim appearing to be similar to the case of *Devlin* v. *State of Illinois,* No. 1491 and for the reasons set forth in the opinion in that claim it is recommended that this claim be denied.